## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**IN RE: KEYBANK DATA BREACH LITIGATION**

MDL NO. _____

## **PROOF OF SERVICE**

I hereby certify that on October 18, 2022, I caused to be electronically filed:

1. MOTION OF PLAINTIFFS KAREN MARTIN AND MICHAEL MARTIN FOR TRANSFER AND CENTRALIZATION IN THE WESTERN DISTRICT OF PENNSYLVANIA PURSUANT TO 28 U.S.C. §1407;

2. MEMORANDUM OF LAW IN SUPPORT OF MOTION OF PLAINTIFFS KAREN MARTIN AND MICHAEL MARTIN FOR TRANSFER AND CENTRALIZATION IN THE WESTERN DISTRICT OF PENNSYLVANIA PURSUANT TO 28 U.S.C. §1407; and

3. SCHEDULE OF RELATED ACTIONS.

through the CM/ECF system, and caused to be mailed by U.S. Mail, Postage Prepaid, the foregoing and the notice of electronic filing to all counsel of record and/or unrepresented parties in the following Related Actions:

| *Action* | *Parties* |
|---|---|
| *Samsel v. Overby-Seawell Co., et al.*, No. 1:22-cv-03593 (N.D. Ga.) | ***Counsel for Plaintiff Mark Samsel (N.D. Georgia, No. 1:22-cv-03593):***<br><br>Michael Joseph Boyle, Jr.<br>Jared William Connors<br>Matthew Ryan Wilson<br>**Meyer Wilson Co., LPA**<br>305 W. Nationwide Blvd.<br>Columbus, OH 43215<br>mboyle@meyerwilson.com<br>jconnors@meyerwilson.com<br>mwilson@meyerwilson.com<br><br>Samuel J. Strauss<br>**Turke & Strauss, LLP -WI**<br>613 Williamson Street, Suite 201<br>Madison, WI 53703<br>sam@turkestrauss.com<br><br>***Counsel for Defendant KeyBank, N.A. (N.D. Georgia, No. 1:22-cv-03593):***<br><br>Christopher A. Wiech<br>**Baker & Hostetler, LLP-GA**<br>1170 Peachtree Street, N.E., Suite 2400<br>Atlanta, GA 30309<br>cwiech@bakerlaw.com<br><br>***Counsel for Defendant Overby-Seawell Company (N.D. Georgia, No. 1:22-cv-03593):***<br><br>Tawana Blocker Johnson<br>**Wilson Elser Moskowitz Edelman & Dicker – Atlanta**<br>3348 Peachtreet Road N.E., Suite 1400<br>Atlanta, GA 30326<br>Tawana.Johnson@wilsonelser.com |
| *Marlowe v. Overby-Seawell Co., et al.*, No. 1:22-cv-03648 (N.D. Ga.) | ***Counsel for Plaintiff Tim Marlowe (N.D. Georgia, No. 1:22-cv-03648):***<br><br>Gregory John Bosseler<br>**Morgan & Morgan, PLLC**<br>178 S. Main Street, Suite 300 |

| | |
|---|---|
| | Alpharetta, GA 30049<br>gbosseler@forthepeople.com<br><br>Ryan D. Maxey<br>John A. Yanchunis<br>**Morgan & Morgan, P.A. -T.FL**<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>rmaxey@forthepeople.com<br>jyanchunis@forthepeople.com<br><br>Jeffrey Goldenberg<br>**Goldenberg Schneider, LPA**<br>4445 Lake Forest Drive, Suite 490<br>Cincinnati, OH 45242<br>jgoldenberg@gs-legal.com<br><br>Charles E. Schaffer<br>**Levin Sedran & Berman**<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106-3697<br>cschaffer@lfsblaw.com<br><br>***Counsel for Defendant Overby-Seawell Co. (N.D. Georgia, No. 1:22-cv-03648):***<br><br>Tawana Blocker Johnson<br>**Wilson Elser Moskowitz Edelman & Dicker – Atlanta**<br>3348 Peachtreet Road N.E., Suite 1400<br>Atlanta, GA 30326<br>Tawana.Johnson@wilsonelser.com<br><br>***Counsel for Defendant Keybank National Association (N.D. Georgia, No. 1:22-cv-03648):***<br><br>Christopher A. Wiech<br>**Baker & Hostetler, LLP-GA**<br>1170 Peachtree Street, N.E., Suite 2400<br>Atlanta, GA 30309<br>cwiech@bakerlaw.com |
| *Archer v. Overby-Seawell Co., et al.*, No. 1:22-cv-03780 (N.D. Ga.) | ***Counsel for Plaintiffs Mariann Archer and Patrick Reddy (N.D. Georgia, No. 1:22-cv-03780):*** |

| | |
|---|---|
| | MaryBeth Vassil Gibson<br>**The Finley Firm, P.C.**<br>Building 14, Suite 230<br>3535 Piedmont Road<br>Atlanta, GA 30305<br>mgibson@thefinleyfirm.com<br><br>Michael Anderson Berry<br>Gregory Haroutunian<br>**Arnold Law Firm**<br>865 Howe Avenue<br>Sacramento, CA 95825<br>aberry@justice4you.com<br>gharoutunian@justice4you.com<br><br>Terence R. Coates<br>**Markovits, Stock & DeMarco, LLC**<br>119 E. Court Street, Suite 500<br>Cincinnati, OH 45002<br>tcoates@msdlegal.com<br><br>***Counsel for Overby-Seawell Co. (N.D. Georgia, No. 1:22-cv-03780):***<br><br>Tawana Blocker Johnson<br>**Wilson Elser Moskowitz Edelman & Dicker – Atlanta**<br>3348 Peachtreet Road N.E., Suite 1400<br>Atlanta, GA 30326<br>Tawana.Johnson@wilsonelser.com<br><br>***Counsel for KeyBank, N.A. (N.D. Georgia, No. 1:22-cv-03780):***<br><br>Christopher A. Wiech<br>**Baker & Hostetler, LLP-GA**<br>1170 Peachtree Street, N.E., Suite 2400<br>Atlanta, GA 30309<br>cwiech@bakerlaw.com |
| *Bozin v. KeyBank National Association, et al.*, No. 1:22-cv-01536 (N.D. Ohio) | ***Counsel for Plaintiffs Daniel Bozin, individually and as Executor of the Estate of Aurora Murgu; Kristi Burk, Patricia Burk, James McNichol, Jessica McNichol (N.D. Ohio, No. 1:22-cv-01536):***<br><br>Brian D. Flick |

4

Marc E. Dann
**DannLaw**
15000 Madison Avenue
Lakewood, OH 44107
bflick@dannlaw.com
notices@dannlaw.com

Thomas A. Zimmerman, Jr.
Jeffrey D. Blake
**Zimmerman Law**
77 West Washington Street, Ste. 1220
Chicago, IL 60602
tom@attorneyzim.com
jeff@attorneyzim.com

*Counsel for Defendant KeyBank, N.A. (N.D. Ohio, No. 1:22-cv-01536):*

James A. Slater, Jr.
Lisa M. Ghannoum
**Baker & Hostetler - Cleveland**
127 Public Square, Ste. 2000
Cleveland, OH 44114
jslater@bakerlaw.com
lghannoum@bakerlaw.com

James J. Pastore, Jr.
Michael Joseph Bloom
Kristin D. Kiehn
**Debevoise & Plimpton**
919 Third Avenue
New York, NY 10022
jjpastore@debevoise.com
mjbloom@debevoise.com
kdkiehn@debevoise.com

*Counsel has not yet appeared:*

**Overby-Seawell Co.**
c/o Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, GA 30092

| | |
|---|---|
| *Urciuoli v. KeyBank National Association, et al.*, No. 1:22-cv-1598 (N.D. Ohio) | ***Counsel for Plaintiffs Melissa Urciuoli; James Urciuoli; Joseph Turowski, Jr.; Teresa Turowski (N.D. Ohio, No. 1:22-cv-01598):***<br><br>Gary F. Lynch<br>**Lynch Carpenter**<br>36 North Jefferson Street, P.O. Box 7635<br>New Castle, PA 16107<br>gary@lcllp.com<br><br>***Counsel for Defendants KeyBank National Association; KeyCorp (N.D. Ohio, No. 1:22-cv-01598):***<br><br>James A. Slater, Jr.<br>**Baker & Hostetler – Cleveland**<br>127 Public Square, Ste. 2000<br>Cleveland, OH 44114<br>jslater@bakerlaw.com<br><br>***Counsel for Defendant Overby-Seawell Company (N.D. Ohio, No. 1:22-cv-01598):***<br><br>Geoffrey A. Belzer<br>**Wilson, Elser, Moskowitz, Edelman & Dicker – Chicago**<br>55 West Monroe Street, Suite 3800<br>Chicago, IL 60603<br>Geoffrey.belzer@wilsonelser.com |
| *Martin v. KeyBank National Association, et al.*, No. 2:22-cv-01346 (W.D. Pa.) | ***Counsel for Plaintiffs Karen Martin; Michael Martin (W.D. Pa., No. 2:22-cv-01346):***<br><br>Joseph P. Guglielmo<br>Carey Alexander<br>Ethan Binder<br>**Scott+Scott Attorneys At Law LLP**<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>jguglielmo@scott-scott.com<br>calexander@scott-scott.com |

|  | ebinder@scott-scott.com<br><br>Alfred G. Yates, Jr.<br>**Law Office of Alfred G. Yates, Jr., P.C**.<br>1575, McFarland Road, Ste 305<br>Pittsburgh, PA 15216<br>yateslaw@aol.com<br><br>*Counsel for Defendants KeyBank National Association; KeyCorp (W.D. Pa., No. 2:22-cv-01346):*<br><br>Robert Patrick Leeson<br>**Baker & Hostetler LLP**<br>1735 Market Street, Suite 3300<br>Philadelphia, PA 19103<br>rleeson@bakerlaw.com<br><br>*Counsel for Defendant Overby-Seawell Company (W.D. Pa., No. 2:22-cv-01346):*<br><br>Jesse M. Endler<br>**Wilson, Elser, Moskowitz, Edelman & Dicker**<br>Two Commerce Square<br>2001 Market Street, 31st Floor<br>Philadelphia, PA 19103 |
|---|---|

And the following Clerks of Court:

| **Clerk of Court**<br>**United States District Court for the**<br>**Northern District of Georgia**<br>Richard B. Russell Federal Building<br>2211 United States Courthouse<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3309<br><br>Case Nos. 1:22-cv-03593 (N.A. Ga.); 1:22-cv-03648 (N.D. Ga.); 1:22-cv-03780 (N.D. Ga.) | **Clerk of Court**<br>**United States District Court for the**<br>**Northern District of Ohio**<br>Carl B. Stokes U.S. Court House<br>801 West Superior Avenue<br>Cleveland, Ohio 44113<br><br>Case Nos. 1:22-cv-01536 (N.D. Ohio); 1:22-cv-1598 (N.D. Ohio) |
|---|---|

| | |
|---|---|
| **Clerk of Court**<br>**United States District Court for the**<br>**Western District of Pennsylvania**<br>Joseph F. Weis, Jr. U.S. Courthouse<br>700 Grant Street<br>Pittsburgh, PA 15219<br><br>Case No. 2:22-cv-01346 (W.D. Pa.) | |

DATED:  October 18, 2022

Respectfully Submitted,

 */s/ Joseph P. Guglielmo*
Joseph P. Guglielmo
**SCOTT+SCOTT, ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY  10169
Tel:  212-223-6444
Fax:  212-223-6334
jguglielmo@scott-scott.com

*Counsel for Plaintiffs Karen Martin and Michael Martin*