BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| *In re: KeyBank Customer Data Security Breach Litigation* | **MDL No. 3056**<br><br>**Individual Case Captions:**<br><br>▪ *Martin v. KeyBank N.A., et al.*, Case No. 2:22-cv-01346 (W.D. Pa.).<br><br>▪ *Bozin v. KeyBank N.A., et al.*, Case No. 1:22-cv-01536 (N.D. Ohio).<br><br>▪ *Urciuoli v. KeyBank N.A., et al.*, Case No. 1:22-cv-1598 (N.D. Ohio).<br><br>▪ *Marlowe v. Overby-Seawell Co., et al.*, Case No. 1:22-cv-03648 (N.D. Ga.).<br><br>▪ *Samsel v. Overby-Seawell Co., et al.*, Case No. 1:22-cv-03593 (N.D. Ga.).<br><br>▪ *Archer v. Overby-Seawell Co., et al.*, Case No. 1:22-cv-03780 (N.D. Ga.). |

## **CORPORATE DISCLOSURE STATEMENT**

The undersigned counsel for Defendants KeyBank, N.A. and KeyCorp hereby certifies that:

1. KeyBank, N.A. and KeyCorp are non-governmental corporate parties.

2. KeyCorp is the parent corporation of KeyBank, N.A., and is a publicly held corporation that owns 10% or more of KeyBank N.A.'s stock.

3. KeyCorp does not have a parent corporation and no publicly held corporation owns 10% or more of KeyCorp's stock.

Dated: October 31, 2022

/s/ *James J. Pastore, Jr.*
James J. Pastore, Jr.
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 1002
Telephone: (212) 909-6793
Facsimile: (212) 909-6836
Email: jjpastore@debevoise.com

*Counsel for Defendants KeyBank, N.A. and KeyCorp*

## CERTIFICATE OF SERVICE

I hereby certify that, pursuant to J.P.M.L. Rule 4.1(a), on October 31, 2022, I filed this Corporate Disclosure Statement with the J.M.P.L.'s CM/ECF system, which will serve each of the parties to this MDL electronically.

Dated: October 31, 2022

/s/ James J. Pastore, Jr.
James J. Pastore, Jr.

*Counsel for Defendants KeyBank, N.A. and KeyCorp*