# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| *In re: KeyBank Customer Data Security Breach Litigation* | **MDL No. 3056**<br><br>**Individual Case Captions:**<br><br>• *Martin v. KeyBank N.A.*, *et al.*, Case No. 2:22-cv-01346 (W.D. Pa.)<br><br>• *Bozin v. KeyBank N.A.*, *et al.*, Case No. 1:22-cv-01536 (N.D. Ohio)<br><br>• *Urciuoli v. KeyBank N.A., et al.*, Case No. 1:22-cv-1598 (N.D. Ohio)<br><br>• *Marlowe v. Overby-Seawell Co., et al.*, Case No. 1:22-cv-03648 (N.D. Ga.)<br><br>• *Samsel v. Overby-Seawell Co., et al.*, Case No. 1:22-cv-03593 (N.D. Ga.)<br><br>• *Archer v. Overby-Seawell Co., et al.*, Case No. 1:22-cv-03780 (N.D. Ga.) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, in compliance with Rule 4.1(c) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Richard W. Boone Jr. of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP hereby appears as counsel for Defendant, **OVERBY-SEAWELL COMPANY**, in the above-captioned action. Service of all pleadings, notices, orders, and other documents required to be served before the United States Judicial Panel on Multidistrict Litigation should be served on counsel at the office address stated below.

276991244v.1

Dated: November 1, 2022

        Respectfully submitted,

        **WILSON ELSER MOSKOWITZ**
        **EDELMAN & DICKER, LLP**

        <u>/s/ Richard W. Boone Jr.</u>
        Richard W. Boone Jr.
        150 E 42nd Street
        New York, New York 10017
        Phone: 212.915.5972
        Fax: 212.490.3038
        Email: richard.boone@wilsonelser.com

        *Attorneys for Defendant Overby-Seawell Company*

## CERTIFICATE OF SERVICE

I hereby certify that, pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, on the 1st day of November, 2022, a true copy of this Notice of Appearance was filed electronically with the United States Judicial Panel on Multidistrict Litigation CM/ECF filing system, which will serve each of the parties to this Multidistrict Litigation electronically.

/s/ Richard W. Boone Jr.  
Richard W. Boone Jr.

276991244v.1