BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| *In re: KeyBank Customer Data Security Breach Litigation* | **MDL No. 3056**<br><br>**Individual Case Captions:**<br><br>• *Martin v. KeyBank N.A., et al.*, Case No. 2:22-cv-01346 (W.D. Pa.)<br><br>• *Bozin v. KeyBank N.A., et al.*, Case No. 1:22-cv-01536 (N.D. Ohio)<br><br>• *Urciuoli v. KeyBank N.A., et al.*, Case No. 1:22-cv-1598 (N.D. Ohio)<br><br>• *Marlowe v. Overby-Seawell Co., et al.*, Case No. 1:22-cv-03648 (N.D. Ga.)<br><br>• *Samsel v. Overby-Seawell Co., et al.*, Case No. 1:22-cv-03593 (N.D. Ga.)<br><br>• *Archer v. Overby-Seawell Co., et al.*, Case No. 1:22-cv-03780 (N.D. Ga.) |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
OVERBY-SEAWELL COMPANY**

Defendant, Overby-Seawell Company, pursuant to Rule 5.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, hereby certifies that: (1) Breckenridge IS, Inc. is the parent company of Overby-Seawell Company; and (2) W.R. Berkley Corporation, a publicly traded company, owns more than 10% of Breckenridge IS, Inc.

Dated: November 1, 2022

                                        Respectfully submitted,

                                        **WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

                                        /s/ Richard W. Boone Jr.
                                        Richard W. Boone Jr.
                                        150 E 42nd Street
                                        New York, New York 10017
                                        Phone:  212.915.5972
                                        Fax:  212.490.3038
                                        Email:  richard.boone@wilsonelser.com

                                        *Attorneys for Defendant Overby-Seawell Company*

276991045v.1

## CERTIFICATE OF SERVICE

I hereby certify that, pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, on the 1st day of November, 2022, a true copy of this Corporate Disclosure Statement was filed electronically with United States Judicial Panel on Multidistrict Litigation CM/ECF filing system, which will serve each of the parties to this Multidistrict Litigation electronically.

/s/ Richard W. Boone Jr.
Richard W. Boone Jr.
