BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| *In re: KeyBank Customer Data Security Breach Litigation* | MDL No. 3056<br><br>**Individual Case Captions:**<br><br>- *Martin v. KeyBank N.A., et al.*, Case No. 2:22-cv-01346 (W.D. Pa.).<br>- *Bozin v. KeyBank N.A., et al.*, Case No. 1:22-cv-01536 (N.D. Ohio).<br>- *Urciuoli v. KeyBank N.A., et al.*, Case No. 1:22-cv-1598 (N.D. Ohio).<br>- *Marlowe v. Overby-Seawell Co., et al.*, Case No. 1:22-cv-03648 (N.D. Ga.).<br>- *Samsel v. Overby-Seawell Co., et al.*, Case No. 1:22-cv-03593 (N.D. Ga.).<br>- *Archer v. Overby-Seawell Co., et al.*, Case No. 1:22-cv-03780 (N.D. Ga.). |

## **CORRECTED PROOF OF SERVICE**

I hereby certify under penalty of perjury that on November 1, 2022, I caused to be electronically served the:

 1. CORRECTED PROOF OF SERVICE OF NOTICE OF APPEARANCE OF JAMES J. PASTORE, JR. and

 2. CORRECTED PROOF OF SERVICE OF CORPORATE DISCLOSURE STATEMENT

through the CM/ECF system on all counsel of record in the above-referenced six individual cases, and caused to be mailed by U.S. Mail, Postage Prepaid, the foregoing, the

underlying Notice of Appearance of James J. Pastore Jr. and the Corporate Disclosure Statement, and the notice of electronic filing to Overby-Seawell Co. at the following addresses:

    **Overby-Seawell Co.**
    c/o Corporation Service Company
    2 Sun Court, Suite 400
    Peachtree Corners, GA 30092

    Tawana Blocker Johnson
    **Wilson Esler Moskowitz Edelman & Dicker – Atlanta**
    3348 Peachtreet Road N.E., Suite 1400
    Atlanta, GA 30326
    tawana.johnson@wilsonelser.com

    Geoffrey A. Belzer
    **Wilson Esler Moskowitz Edelman & Dicker – Chicago**
    55 West Monroe Street, Suite 3800
    Chicago, IL 60603
    geoffrey.belzer@wilsonelser.com

Date:   November 1, 2022

    */s/ James J. Pastore, Jr.*
    James J. Pastore, Jr.
    Debevoise & Plimpton LLP
    919 Third Avenue
    New York, NY 1002
    Telephone: (212) 909-6793
    Facsimile: (212) 909-6836
    Email: jjpastore@debevoise.com

    *Counsel for Defendants KeyBank,*
    *N.A. and KeyCorp*