# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: KEYBANK CUSTOMER DATA SECURITY BREACH LITIGATION | MDL NO. 3056 |

## PROOF OF SERVICE

I hereby certify that, pursuant to J.P.M.L. Rule 4.1(a), on November 4, 2022, I filed this *Response to Plaintiff's Karen Martin and Michael Martin's Motion for Transfer and Centralization Under U.S.C. § 1407 with Alternative Transfer Venue Requested* with the J.M.P.L.'s CM/ECF system, which will serve each of the parties to this MDL electronically.

DATED: November 4, 2022

Respectfully Submitted,

*/s/ Marc E. Dann*
Marc E. Dann
Brian D. Flick
**DannLaw**
15000 Madison Avenue
Lakewood, OH 44107
bflick@dannlaw.com
notices@dannlaw.com

***Counsel for Plaintiffs Daniel Bozin, James McNichol, Jessica McNichol, Kristi Burk and Patricia Burk***