# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: KeyBank Customer Data Security Breach Litigation | MDL No.: 3056 |

## CERTIFICATE OF SERVICE

I hereby certify that, pursuant to JPML Rule 4.1(a), on November 7, 2022, I filed Plaintiff Tim Marlowe's Response in Opposition to Plaintiffs Karen Martin and Michael Martin's Motion to Transfer and Centralization in the Western District of Pennsylvania Pursuant to 28 U.S.C. § 1407 with the JPML's CM/ECF system, which will serve each of the parties to this MDL electronically.

Date: November 7, 2022

Respectfully Submitted,

/s/ John A. Yanchunis
John A. Yanchunis
Ryan D. Maxey
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
(813) 223-5505
jyanchunis@ForThePeople.com
rmaxey@ForThePeople.com

*Attorneys for Plaintiff*

1