**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| *In re: KeyBank Customer Data Security Breach Litigation* | **MDL No. 3056** |
| This Document Relates To: | |
| All Actions | |

## PROOF OF SERVICE

I hereby certify that on November 8, 2022, a true and correct copy of the foregoing

Partial Response in Opposition was filed electronically and served on all counsel of records via

the Court's CM/ECF system.

*/s/ Terence R. Coates*
Terence R. Coates (0085579)