**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION**

| In re:<br><br>**IN RE: KEYBANK CUSTOMER DATA SECURITY BREACH LITIGATION** | MDL Docket No. 3056 |
|---|---|

## PROOF OF SERVICE

I, Christian Levis, counsel for Plaintiffs/Respondents Melissa Urciuoli, James Urciuoli, Joseph Turowski, Jr., and Teresa Turowski, hereby certify that on November 8, 2022, I caused to be filed the foregoing electronically using the Court's electronic case filing (CM/ECF) system, which automatically generated and sent a notice of electronic filing to the e-mail addresses of all counsel of record.

Dated: November 8, 2022

Respectfully submitted,

*/s/ Christian Levis*
Christian Levis
Amanda G. Fiorilla
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel: (914) 997-0500
Email: clevis@lowey.com
Email: afiorilla@lowey.com

Anthony M. Christina
**LOWEY DANNENBERG, P.C.**
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, PA 19428
Tel: (215) 399-4770
Email: achristina@lowey.com

Gary F. Lynch
Jamisen A. Etzel
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222

Telephone: (412) 322-9243
Email: gary@lcllp.com
Email: jamisen@lcllp.com

James A. Francis
**FRANCIS MAILMAN SOUMILAS, P.C.**
1600 Market Street
Suite 2510
Philadelphia, PA 19103
Telephone: (215) 735-8600
jfrancis@consumerlawfirm.com

Robert P. Cocco
**ROBERT P. COCCO, P.C.**
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
Telephone: (215) 351-0200
Email: bob.cocco@phillyconsumerlaw.com

*Counsel for Plaintiffs/Respondents Melissa Urciuoli, James Urciuoli, Joseph Turowski, Jr., and Teresa Turowski*