BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| *In re: KeyBank Customer Data Security Breach Litigation* | **MDL No. 3056**<br><br>**Individual Case Captions:**<br><br>• *Pittman v. KeyBank N.A. et al.*, Case No. 2:22-cv-1513-RJC (W.D. Pa.)<br><br>• *Brouty et al v. KeyBank National Association et al.*, Case No: 1:2022-cv-01885 (N.D. Ohio)<br><br>• *Sheckard, et al. v. Overby-Seawell Co., et al.*, Case No. 1:22-cv-03708-SDG (N.D. Ga.)<br><br>• *West v. Overby-Seawell Company et al.*, Case No. 1:22-CV-03858-SDG (N.D. Ga.) |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
OVERBY-SEAWELL COMPANY**

Defendant, Overby-Seawell Company, pursuant to Rule 5.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, hereby certifies that: (1) Breckenridge IS, Inc. is the parent company of Overby-Seawell Company; and (2) W.R. Berkley Corporation, a publicly traded company, owns more than 10% of Breckenridge IS, Inc.

277304461v.1

Dated: November 9, 2022

                                                Respectfully submitted,

                                                **WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

                                                /s/ Richard W. Boone Jr.
                                                Richard W. Boone Jr.
                                                150 E 42nd Street
                                                New York, New York 10017
                                                Phone:  212.915.5972
                                                Fax:  212.490.3038
                                                Email:  richard.boone@wilsonelser.com

                                                *Attorneys for Defendant Overby-Seawell Company*

## CERTIFICATE OF SERVICE

I hereby certify that, pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, on the 9st day of November, 2022, a true copy of this Corporate Disclosure Statement was filed electronically with the United States Judicial Panel on Multidistrict Litigation CM/ECF filing system, which will serve each of the parties to this Multidistrict Litigation electronically, and further that a true copy was caused to be mailed by U.S. Mail, Postage Prepaid, along with the notice of electronic filing, to the following:

| *Actions* | *Parties* |
|---|---|
| *Pittman v. KeyBank N.A. et al.*, Case No. 2:22-cv-1513-RJC (W.D. Pa.) | **Counsel for Plaintiff Jacint Pittman:**<br><br>Alfred G. Yates , Jr.<br>Law Office of Alfred G. Yates, Jr., P.C.<br>1575 McFarland Road, Ste 305<br>Pittsburgh, PA 15216<br>412-391-5164<br>Email: yateslaw@aol.com<br><br>Joseph P. Guglielmo<br>Carey Alexander<br>Ethan Binder<br>Scott+Scott Attorneys At Law LLP<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>jguglielmo@scott-scott.com<br>calexander@scott-scott.com<br>ebinder@scott-scott.com<br><br>**Counsel for Defendants KeyBank, National Association and KeyCorp:**<br><br>JAMES J. PASTORE, JR.<br>jjpastore@debevoise.com<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 909-6793 |

| | |
|---|---|
| *Brouty et al., v. KeyBank National Association, et al.*, No. 1:22-cv-01885 (N.D. Ohio) | ***Counsel for Plaintiffs Michael Brouty, Melissa D. Kaufman, and Lebertus Vanderwerff:***<br><br>JAMES J. PIZZIRUSSO<br>jpizzirusso@hausfeld.com<br>HAUSFELD LLP<br>888 16th Street, NW, Suite 300<br>Washington, D.C. 20006<br>Telephone: (202) 540-7200<br><br>STEVEN M. NATHAN<br>snathan@hausfeld.com<br>KATHERINE HANSSON<br>khansson@hausfeld.com<br>HAUSFELD LLP<br>33 Whitehall St., 14th Floor<br>New York, New York 10004<br>Telephone: (646) 357-1100<br><br>MARK ABRAMOWITZ<br>mabramowitz@dicellolevitt.com<br>DICELLO LEVITT LLC<br>Western Reserve Law Building<br>7556 Mentor Ave<br>Mentor, Ohio 44060<br>Telephone: (440) 953-8888<br><br>***Counsel for Defendants KeyBank, National Association and KeyCorp:***<br><br>JAMES J. PASTORE, JR.<br>jjpastore@debevoise.com<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 909-6793 |

277304461v.1

| | |
|---|---|
| *Sheckard et al., v. Overby-Seawell Co. et al.,* No. 1:22-cv-03708 (N.D. Ga.) | ***Counsel for Plaintiffs Scott Sheckard and Margaret Sheckard:*** <br><br> BEN BARNOW <br> b.barnow@barnowlaw.com <br> ANTHONY L. PARKHILL <br> aparkhill@barnowlaw.com <br> RILEY W. PRINCE <br> rprince@barnowlaw.com <br> BARNOW AND ASSOCIATES, P.C. <br> 205 West Randolph Street, Suite 1630 <br> Chicago, Illinois 60606 <br> Telephone: (312) 621-2000 <br><br> JAMES M. EVANGELISTA <br> jim@ewlawllc.com <br> EVANGELISTA WORLEY, LLC <br> 500 Sugar Mill Road, Suite 245A <br> Atlanta, Georgia 30350 <br> Telephone: (404) 205-8400 <br><br> KRISTI STAHNKE MCGREGOR <br> kristi@ewlawllc.com <br> EVANGELISTA WORLEY LLC <br> 500 Sugar Mill Road, Suite 245a <br> Atlanta, GA 30350 <br> Telephone (404) 205-8400 <br><br> RILEY W. PRINCE <br> rprince@barnowlaw.com <br> BARNOW AND ASSOCIATES, P.C. <br> 205 W. Randolph Street, Suite 1630 <br> Chicago, IL 60606 <br> Telephone (312) 621-2000 <br><br> ***Counsel for Defendant Fulton Bank, National Association:*** <br><br> CHRISTOPHER A. WIECH <br> cwiech@bakerlaw.com <br> CHELSEA M. LAMB <br> clamb@bakerlaw.com <br> BAKER & HOSTETLER LLP <br> 1170 Peachtree Street, N.E. Suite 2400 <br> Atlanta, Georgia 30309 <br> Telephone: (404) 459-0050 |

277304461v.1

| | |
|---|---|
| *West, et al., v. Overby-Seawell, Co., et al*, No. 1:22-cv-03858 (N.D. Ga.) | **Counsel for Plaintiff Joynequa West:**<br><br>MARYBETH V. GIBSON<br>mgibson@thefinleyfirm.com<br>THE FINLEY FIRM, P.C.<br>3535 Piedmont Road<br>Building 14, Suite 230<br>Atlanta, Georgia 30305<br>Telephone: (404) 978-6971<br><br>GARY M. KLINGER<br>gklinger@milberg.com<br>MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC<br>227 W. Monroe Street, Suite 2100<br>Chicago, Illinois 60606<br>Telephone" (866) 252-0878<br><br>**Counsel for Defendant Fulton Bank, National Association:**<br><br>CHRISTOPHER A. WIECH<br>cwiech@bakerlaw.com<br>CHELSEA M. LAMB<br>clamb@bakerlaw.com<br>BAKER & HOSTETLER LLP<br>1170 Peachtree Street, N.E. Suite 2400<br>Atlanta, Georgia 30309<br>Telephone: (404) 459-0050 |

/s/ Richard W. Boone Jr.
Richard W. Boone Jr.

277304461v.1