BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| *In re: KeyBank Customer Data Security Breach Litigation* | **MDL No. 3056**<br><br>**Individual Case Captions:**<br><br>▪ *Brouty et al., v. KeyBank N.A., et al.,* Case No. 1:22-cv-01885 (N.D. Ohio).<br><br>▪ *Pittman v. KeyBank N.A., et al.,* Case No. 2:22-cv-01513 (W.D. Pa.). |

## SECOND CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for Defendants KeyBank N.A. and KeyCorp hereby certifies that:

1. KeyBank N.A. and KeyCorp are non-governmental corporate parties.

2. KeyCorp is the parent corporation of KeyBank N.A., and is a publicly held corporation that owns 10% or more of KeyBank N.A.'s stock.

3. KeyCorp does not have a parent corporation and no publicly held corporation owns 10% or more of KeyCorp's stock.

Dated: November 9, 2022

*/s/ James J. Pastore, Jr.*
James J. Pastore, Jr.
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 1002
Telephone: (212) 909-6793
Facsimile: (212) 909-6836
Email: jjpastore@debevoise.com

*Counsel for Defendants KeyBank N.A. and KeyCorp*

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on November 9, 2022, I caused to be electronically served the SECOND CORPORATE DISCLOSURE STATEMENT through the CM/ECF system on all counsel of record in the above-referenced two individual cases.

Dated: November 9, 2022

/s/ James J. Pastore, Jr.
James J. Pastore, Jr.
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6793
Facsimile: (212) 909-6839
Email: jjpastore@debevoise.com

*Counsel for Defendants KeyBank N.A. and KeyCorp*