# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| *In re KeyBank Consumer Data Security Breach Litigation* | MDL No. 3056 |

## CERTIFICATE OF SERVICE

Pursuant to JPML Rule 4.1(a), I hereby certify that I served Plaintiff Mark Samsel's Response to Motion for Transfer and Centralization on November 8, 2022 on all parties electronically via ECF, or as otherwise indicated below, on all parties to this MDL.

**Samsel v. Overby-Seawell Co., No. 1:22-cv-03593 (N.D. Ga.)**
James J. Pastore, Jr.
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6793
jjpastore@debevoise.com
*Counsel for Defendants KeyBank, N.A. and KeyCorp*

Richard W. Boone Jr.
Wilson Elser Moskowitz Edelman & Dicker, LLP
150 E 42nd Street
New York, New York 10017
Phone: 212.915.5972
Fax: 212.490.3038
Email: richard.boone@wilsonelser.com
*Counsel for Defendant Overby-Seawell Company*

2

Dated: November 9, 2022　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　By: /s/ *Matthew R. Wilson*

　　　　　　　　　　　　　　　　　　　　Matthew R. Wilson
　　　　　　　　　　　　　　　　　　　　MEYER WILSON CO., LPA
　　　　　　　　　　　　　　　　　　　　305 W. Nationwide Blvd.
　　　　　　　　　　　　　　　　　　　　Columbus, Ohio 43215
　　　　　　　　　　　　　　　　　　　　Email: mwilson@meyerwilson.com
　　　　　　　　　　　　　　　　　　　　Telephone: (614) 224-6000
　　　　　　　　　　　　　　　　　　　　Facsimile: (614) 224-6066

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Mark Samsel and the Proposed Class*

2