BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| *In re: KeyBank Customer Data Security Breach Litigation* | **MDL No. 3056**<br><br>**Individual Case Captions:**<br><br>• *Pittman v. KeyBank N.A., et al.*, Case No. 2:22-cv-01513 (W.D. Pa.).<br><br>• *Brouty v. KeyBank N.A., et al.*, Case No. 1:22-cv-01885 (N.D. Ohio). |

## Notice of Appearance

In compliance with J.P.M.L. Rule 4.1(c), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the United States Judicial Panel on Multidistrict Litigation on behalf of Defendants KeyBank N.A. and KeyCorp. This notice supplements the previously filed Notice of Appearance for this matter dated October 31, 2022 (ECF 9), to include the additional related actions referenced above. I am aware that only one attorney can be designated for each party.

Date:   November 14, 2022

/s/ James J. Pastore, Jr.
James J. Pastore, Jr.
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 1002
Telephone: (212) 909-6793
Facsimile: (212) 909-6836
Email: jjpastore@debevoise.com

*Counsel for Defendants KeyBank N.A. and KeyCorp*

## CERTIFICATE OF SERVICE

I hereby certify that, pursuant to J.P.M.L. Rule 4.1(a), on November 14, 2022, I filed this Notice of Appearance with the J.M.P.L.'s CM/ECF system, which will serve each of the parties to this MDL electronically.

Dated: November 14, 2022

*/s/ James J. Pastore Jr.*
James J. Pastore, Jr.

*Counsel for Defendants KeyBank N.A. and KeyCorp*