**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

| | | | |
|---|---|---|---|
| **CHAIR:** | **MEMBERS:** | | **DIRECT REPLY TO:** |
| **Karen K. Caldwell**<br>**United States District Court**<br>**Eastern District of Kentucky** | **Nathaniel M. Gorton**<br>**United States District Court**<br>**District of Massachusetts** | **Matthew F. Kennelly**<br>**United States District Court**<br>**Northern District of Illinois** | **John W. Nichols**<br>**Clerk of the Panel**<br>**One Columbus Circle, NE**<br>**Thurgood Marshall Federal**<br>  **Judiciary Building** |
| | **David C. Norton**<br>**United States District Court**<br>**District of South Carolina** | **Roger T. Benitez**<br>**United States District Court**<br>**Southern District of California** | **Room G-255, North Lobby**<br>**Washington, D.C. 20544-0005** |
| | **Dale A. Kimball**<br>**United States District Court**<br>**District of Utah** | **Madeline Cox Arleo**<br>**United States District Court**<br>**District of New Jersey** | **Telephone: (202) 502-2800**<br>**Fax: (202) 502-2888** |

ADVISORY


ADVISORY
U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

     Any attorneys who need to bring a cell phone, laptop, or electronic equipment of any kind into the Courthouse must email Catherine_Wade@flsd.uscourts.gov no later than one week prior to the hearing date. Please ensure that the email contains the name of the attorney(s) and the type of electronic equipment they will be bringing into the Courthouse. If the US Marshals Service does not receive this information in advance of the hearing, the attorney(s) will not be permitted to enter the Courthouse with their equipment. [Attorneys who are members of The Florida Bar are permitted to bring electronic equipment into the Courthouse upon presentation of their Florida Bar card.] **Please note, members of the public, including non-attorney parties, are not permitted to bring in electronic equipment of any kind absent a Court order.**

     Please see the Southern District of Florida's policy regarding Prohibited Electronic Devices which can be downloaded at  https://www.flsd.uscourts.gov/prohibited-electronic-devices.

Please see and plan to abide by the Southern District of Florida's requirements regarding public access in light of COVID-19 which can be found on the court's website: https://www.flsd.uscourts.gov.