UNITED STATES JUDICIAL PANEL ON MULTDISTRICT LITIGATION

IN RE KEYBANK DATA BREACH LITIGATION

MDL NO. 3056

## LIST OF ACTIONS

| CAPTION | PARTIES | CIVIL ACTION NO. | DISTRICT COURT | JUDGE |
|---|---|---|---|---|
| Samsel v. Overby-Seawell Company et al. | **Plaintiffs**: Mark Samsel<br><br>**Defendants**: Overby-Seawell Company; KeyBank N.A. | 1:22-cv-03593 | United States District Court for the Northern District of Georgia | Steven D. Grimberg |
| Marlowe v. Overby-Seawell Company et al. | **Plaintiffs**: Tim Marlowe<br><br>**Defendants**: Overby-Seawell Company; KeyBank, National Association | 1:22-cv-03648 | United States District Court for the Northern District of Georgia | Steven D. Grimberg |
| Archer and Reddy v. Overby-Seawll et al. | **Plaintiffs**: Mariann archer; Patrick Reddy<br><br>**Defendants**: Overby-Seawell Company; KeyBank N.A. | 1:22-cv-03780 | United States District Court for the Northern District of Georgia | Steven D. Grimberg |
| Bozin v. Key Bank N.A. et al. | **Plaintiffs**: Daniel Bozin, individually and as executor of the Estate of Aurora Murgu; James McNichol; Jessica McNichol; Kristi Burk; Patricia Burk<br><br>**Defendants**: Overby-Seawell Company; | 1:22-cv-01536 | United States District Court for the Northern District of Ohio | Charles Esque Fleming |

| | KeyBank N.A. | | | |
|---|---|---|---|---|
| Urciuoli et al v. KeyBank N.A. et al. | **Plaintiffs**: Melissa Urciuoli; James Urciuoli. Joseph Turowski, Jr.; Teresa Turowski<br><br>**Defendants**: Overby-Seawell Company; KeyBank N.A.; KeyCorp | 1:22-cv-01598 | United States District Court for the Northern District of Ohio | Judge Solomon Oliver, Jr. |
| Brouty et al. V. KeyBank National Association et al. | **Plaintiffs**: Michael K. Brouty; Melissa D. Kauffman; Lebertus Vanderwerf<br><br>**Defendants**: Overby-Seawell Company; KeyBank N.A.; KeyCorp | 1:22-cv-01885 | United States District Court for the Northern District of Ohio | Charles Esque Fleming |
| Martin et al. v. KeyBank N.A. et al. | **Plaintiffs**: Karen Martin; Michael Martin<br><br>**Defendants**: Overby-Seawell Company; KeyBank N.A.; KeyCorp | 2:22-cv-01346 | United States District Court for the Western District of Pennsylvania | Robert J. Colville |
| Pittman v. KeyBank National Association et al. | **Plaintiffs**: Jacint Pittman<br><br>**Defendants**: Overby-Seawell Company; KeyBank N.A.; KeyCorp | 2:22-cv-01513 | United States District Court for the Western District of Pennsylvania | Robert J. Colville |