## CERTIFICATE OF SERVICE

I hereby certify that, pursuant to J.P.M.L. Rule 4.1(a), on December 20, 2022, the foregoing was filed with the Clerk of the Court using CM/ECF, which will send notice to the registered attorneys of record that the document has been filed and is available for viewing and downloading.

Dated: December 20, 2022

/s/ *James J. Pastore, Jr.*
James J. Pastore, Jr.

*Counsel for Defendants KeyBank N.A. and KeyCorp*