## CERTIFICATE OF SERVICE

I hereby certify that, pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, on the 3rd day of January, 2023, a true copy of this Notice of Appearance was filed electronically with the United States Judicial Panel on Multidistrict Litigation CM/ECF filing system, which will serve each of the parties to this Multidistrict Litigation electronically.

                                              /s/ Richard W. Boone Jr.
                                              Richard W. Boone Jr.

276991244v.1