**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTDISTRICT LITIGATION**

| | |
|---|---|
| IN RE KEYBANK DATA BREACH LITIGATION | MDL NO. 3056 |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that Debevoise & Plimpton LLP has relocated its New York office to the following as of January 17, 2023:

> Debevoise & Plimpton LLP
> 66 Hudson Boulevard
> New York, New York  10001
> (212) 909-6000

Please direct any hard copy service to us at our new address.

Dated: New York, New York
January 17, 2023

DEBEVOISE & PLIMPTON LLP

By: _____*s/ James J. Pastore, Jr.*_____
James J. Pastore, Jr.
66 Hudson Boulevard
New York, New York  10001
(212) 909-6000

*Counsel for Defendants KeyBank N.A. and KeyCorp*