# **CERTIFICATE OF SERVICE**

I hereby certify that, pursuant to J.P.M.L. Rule 4.1(a), on January 17, 2023, I filed a Notice of Change of Address with the J.M.P.L.'s CM/ECF system (No. 49), which served each of the parties to this MDL electronically.

Dated: January 18, 2023

/s/ *James J. Pastore Jr.*
James J. Pastore, Jr.

*Counsel for Defendants KeyBank N.A. and KeyCorp*